**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEASIDE NATIONAL BANK & TRUST,

        Plaintiff,

v.                                    Case No:  6:20-cv-63-Orl-78EJK

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

        Defendant.

_____

## ORDER

       The Court has been advised by the Mediator's Report that the above-styled action has been completely settled.  (Doc. 18 at 1).

       Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

       **DONE AND ORDERED** at Orlando, Florida on June 26, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record